IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTHONY HOOVER,
         Plaintiff
   v.
ROBERT C. LEWIS; ALVIN W. KELLER,
JR.; ROY COOPER; FAYE E. DANIELS;
AND THOMAS J. KEITH,
         Defendants.

**Judgment in a Civil Case**

Case Number: 5:11-CT-3047-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for plaintiff's failure to respond to this court's order.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on November 28, 2011, with service on:
Anthony Hoover 0190811, Pamlico Correctional Institution, 601 North 3rd Street, Bayboro, NC 28515 (via U.S. Mail)

November 28, 2011

/s/ Dennis P. Iavarone
Clerk

Raleigh, North Carolina